United States District Court
Southern District of Texas
**ENTERED**
December 04, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| JOSH LIMAS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | 5:20-CV-170 |
| | § | |
| BIG DIAMOND, LLC, | § | |
| | § | |
| Defendant. | § | |

## ORDER FOR CLOSING DOCUMENTS

In light of the notification the parties have settled this case (Dkt. 7), the Court **TERMINATES** all active deadlines. The Court **ORDERS** the parties to file a formal stipulation of dismissal or an advisory explaining any reason for further delay by January 4, 2021. The Court appreciates the prompt notification of settlement.

IT IS SO ORDERED.

Signed on December 4, 2020, at Laredo, Texas.

_____
DIANA SONG QUIROGA
UNITED STATES MAGISTRATE JUDGE