United States District Court
Southern District of Texas
**ENTERED**
December 16, 2020
David J. Bradley, Clerk

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# LAREDO DIVISION

| | |
|---|---|
| JOSH LIMAS, § | |
| § | |
| Plaintiff, § | |
| VS. § | CIVIL ACTION NO. 5:20-CV-170 |
| § | |
| BIG DIAMOND, LLC, § | |
| § | |
| Defendant. § | |

## ORDER

On December 15, 2020, Plaintiff Josh Limas and Defendant Big Diamond, LLC, filed a "Joint Stipulation of Dismissal with Prejudice pursuant to FRCP 41(a)(1)" (Dkt. 9). The stipulation (Dkt. 9), which is signed by counsel for all Parties, satisfies the requirements of Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and requests a dismissal with prejudice. (*Id.* at 1–2.) Accordingly, the case is hereby DISMISSED WITH PREJUDICE. *See* Fed. R. Civ. P. 41(a)(1)(B). The Clerk of Court is DIRECTED to TERMINATE the case.

IT IS SO ORDERED.

SIGNED this 16th day of December, 2020.

_____
Diana Saldaña
United States District Judge